UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**        <u>**JURY TRIAL DEMANDED**</u>

**DAVID GILES INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA GILES**

**NEW INDIVIDUAL CIVIL ACTION NO.: (Insert Civil Action No.)**

**SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, **DAVID GILES INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA GILES**, is identified more fully in Paragraph 1. of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 119 Genova Ct., Farmingdale, NY 11735.

4. The Xarelto User resides (or if deceased, resided at the time of death) at Nassau County, New York.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint Listing within the Individual plaintiff.

Respectfully Submitted,

**JOHNSON LAW GROUP**

Dated: January 28, 2016 By: */s/ Aimee Robert*
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Aimee Robert*
Dated: January 28, 2016                                                                        Attorney for Plaintiff